UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ADALEI HARRIS**

**VERSUS**

**UNITED SPECIALTY INSURANCE COMPANY, et al.**

**CIVIL ACTION**

**NO. 22-999-JWD-SDJ**

### OPINION AND JUDGMENT OF REMAND

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 13, 2024 (Doc. 18), to which the Defendant's have informed the Court that there is no objection;[1]

**IT IS ORDERED** that this matter is remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction on the Court's own motion.

**IT IS FURTHER ORDERED** that the Clerk of Court shall TERMINATE this matter on the Court's docket.

Signed in Baton Rouge, Louisiana, on September 26, 2024.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The Defendants sent a letter to the Court dated September 26, 2024, stating that Defendants will not file an objection to the report and recommendation since there are not sufficient grounds to contest the recommendation of Magistrate Judge Johnson.

19th JDC